CLARKE DOOLEY, Respondent, *v.* PATRICK H. MCNULTY, Appellant.

*Dooley* v. *McNulty*, 145 App. Div. 943, affirmed.
(Argued January 23, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 5, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for services alleged to have been performed in procuring a loan for the defendant.

*Denis O'L. Cohalan* for appellant.

*Wilmot L. Morehouse* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.